IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

NANCY CARLIN,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 12-cv-201-wmc

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered remanding this action to the Commissioner of Social Security pursuant to sentence four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g).

_____  _____
Peter Oppeneer, Clerk of Court          Date: 7/5/12